*Medtronic, Inc.* v. *Lohr, ante,* p. 470.

No. 95–1339. CONSORTI ET UX. *v.* OWENS-CORNING FIBERGLAS CORP. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Gasperini* v. *Center for Humanities, Inc., ante,* p. 415.

No. 95–1367. MENTOR CORP. *v.* BINGHAM; and
No. 95–1609. BINGHAM *v.* MENTOR CORP. C. A. 5th Cir. Certiorari granted, judgment vacated, and cases remanded for further consideration in light of *Medtronic, Inc.* v. *Lohr, ante,* p. 470.

No. 95–1436. ILLINOIS *v.* KIMERY. Sup. Ct. Ill. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ursery, ante,* p. 267.

No. 95–8323. COVELLI *v.* CRYSTAL, CONNECTICUT COMMISSIONER OF REVENUE SERVICES. Sup. Ct. Conn. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Ursery, ante,* p. 267.

No. 95–9261. SMITH *v.* PARKE, SUPERINTENDENT, INDIANA STATE PRISON. C. A. 7th Cir. Certiorari dismissed for want of jurisdiction. Petition for writ of habeas corpus denied.

No. 95–9264. OXFORD *v.* BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari dismissed for want of jurisdiction.

No. 95–9439. JOUBERT *v.* HOPKINS, WARDEN. C. A. 8th Cir. Certiorari dismissed for want of jurisdiction.

No. A–970 (95–9315). WILLIAMS *v.* COUSIN-WILLIAMS. Ct. App. Neb. Application for stay, addressed to JUSTICE BREYER and referred to the Court, denied.